Case: 14-60007 Document: 00513040400 Page: 1 Date Filed: 05/12/2015
Case: 14-60007 Document: 00513037654 Page: 1 Date Filed: 05/11/2015

Print Form

UNITED STATES COURT OF APPEALS FOR THE FIFTH CIRCUIT

## BILL OF COSTS

**NOTE:** The Bill of Costs is due in this office *within 14 days from the date of the opinion,* See FED. R. APP. P. & 5TH CIR. R. 39. Untimely bills of costs must be accompanied by a separate motion to file out of time, which the court may deny.

Doctor Scott Klingler  v.  University of Southern Mississippi, et al   No. 14-60007

The Clerk is requested to tax the following costs against: Doctor Scott Klingler

| COSTS TAXABLE UNDER Fed. R. App. P. & 5th Cir. R. 39 | REQUESTED | | | | ALLOWED (If different from amount requested) | | | |
|---|---|---|---|---|---|---|---|---|
| | No. of Copies | Pages Per Copy | Cost per Page* | Total Cost | No. of Documents | Pages per Document | Cost per Page* | Total Cost |
| Docket Fee ($500.00) | | | | | | | | |
| Appendix or Record Excerpts | | | | | | | | |
| Appellant's Brief | | | | | | | | |
| Appellee's Brief | 10 | 74 | 0.15 | 111.00 | | | | |
| Appellant's Reply Brief | | | | | | | | |
| Other: Coil Binding | 10 | | | 31.99 | | | | |

Total $ 142.99     Costs are taxed in the amount of $ _____

Costs are hereby taxed in the amount of $ _____ this _____ day of _____, _____.

LYLE W. CAYCE, CLERK

State of Mississippi
County of Forrest

By _____
Deputy Clerk

I Kris A. Powell, do hereby swear under penalty of perjury that the services for which fees have been charged were incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this Bill of Costs was this day mailed to opposing counsel, with postage fully prepaid thereon. This 12th day of May, 2015.

(Signature)

*SEE REVERSE SIDE FOR RULES
GOVERNING TAXATION OF COSTS

Attorney for Appellees

**74-27**

```
OFFICE DEPOT STORE 324
    1000 Turtle Creek Drive
      Hattiesburg MS 39402
         (601)268-9712
06/09/2014    14:14           3:19 PM
STR 324  REG5    TRN 9880 EMP 608235
-----------------------------------------
SALE
Product ID    Descripti.      Total
166493  Coil Binding 1
   10 @ 2.99              29.90
         You Pay           29.90S

            Subtotal:      29.90
Sales Tax:                  2.09
            Total:         31.99
         Card 2741:        31.99
      ...MENT TO:
Ji Credit Card
PO Box 689020
Des Moines, IA 50368-9020
*****************************************
 BRYAN NELSON ATTP 1112127301
  Congratulations! You are eligible for
  Choice Member Bene... is next quarter!
  Select your 5 additional product
  categories at officedepotrewards.com
  to earn extra points.

  Shop online at www.officedepot.com


..........************************
       WE WANT TO HEAR FROM YOU!

 Participate in our online customer survey
 and receive a coupon for $10 off your
 next qualifying purchase of $50 or more on
    office supplies, furniture and more.
 (Excludes Technology. Limit 1 coupon per
           household/business.)

 Visit www.officedepot.com/feedback
     and enter the survey code below.

          Survey Code:
        74AC 3 IC2 AA8V
```